**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------  x

**TITO ALBERTO PAVON ET A;,**

                **Plaintiff,**

        -against-

**JAVON ELECTRIC CORP ET AL,**

                **Defendant.**

-----------------------------------------------------------  x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  10/5/20

**20-cv-5899 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    On September 18, 2020, Plaintiffs filed a request for leave to file a motion for conditional certification and for a conference. Defendant should respond to the request for conference by October 8, 2020.

**SO ORDERED.**

**Dated:   October 5, 2020**
          **New York, New York**

_____
          **ANDREW L. CARTER, JR.**
          **United States District Judge**