USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 14, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

TITO ALBERTO PAVON and RODNEY CASTILLO,

          **Plaintiffs,**

-against-

JANON ELECTRIC CORP. ET AL,

          **Defendants.**

-------------------------------------------------------- x

20-cv-5899 (ALC) (OTW)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On October 13, 2020, Plaintiff filed a letter motion requesting a leave to file a motion for FLSA Conditional Certification. (ECF No. 29). Defendants failed to respond. Plaintiff's request is **GRANTED**, and the Court sets the following briefing schedule:

| | |
|---|---|
| Plaintiff's Motion for Conditional Certification: | November 4, 2020 |
| Defendants' Opposition: | November 27, 2020 |
| Plaintiff's Reply, if any: | December 4, 2020 |

**SO ORDERED.**

**Dated:** October 14, 2020

     New York, New York

                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**