UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
TITO ALBERTO PAVON,

          Plaintiff,

          -against-

JANON ELECTRIC CORP., et al.,

          Defendants.
------------------------------------------------------------x

20-cv-5899 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The parties were ordered to submit a bi-monthly joint status letter beginning February 26, 2021. (ECF 40). To date, no status letter has been filed. The parties are hereby ordered to file a joint status letter by **April 14, 2021**.

      **SO ORDERED.**

Dated: April 2, 2021
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge