**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TITO PAVON, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> JANON ELECTRIC CORP., et al., <br><br> Defendants. | 20-CV-5899 (ALC)(OTW) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the Court's Memorandum and Order granting approval of the parties' settlement at ECF No. 69, this case is hereby terminated. The Clerk of Court is respectfully requested to terminate all pending motions and close this case.

**SO ORDERED.**

**Dated:  April 7, 2023**
     New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**